9478 RIDGE RD, MIDDLEPORT, NY
8406 W SOMERST RD, BARKER, NY
9202 RIDGE RD, MIDDLEPORT, NY

| Sex: | Race: | Ethnicity: | SkinTone: |
|---|---|---|---|
| Male | White | Not Hispanic | Light/Medium |
| Eye Color: | Hair Color: | Height: | Weight: |
| Blue | Brown | 5' 10" | 170 |

SSN:

NYSID#:        FBI#:        Probation Client ID#:   NCIC Classification:
03683096J   697850P7   683846                    1505091014AAAA03PM15

III status: Criminal record in other states or in multiple FBI files for NYS

## 🌑 Summary Information                                                          🏠

Name:              NORMAN CHARLES SONBERG   Total Arrests:        15
Date of Earliest Arrest: March 05, 1974                  Date of Last Arrest: February 12, 2007

| Total Arrests Charges: | 23 | | Total Convictions: | 12 | | Total Open Charges: | 9 |
|---|---|---|---|---|---|---|---|
| Felony: | 9 | | Felony: | 0 | | Felony Open Charges: | 4 |
| Violent Felony: | 0 | | Violent Felony: | 0 | | Open Misdemeanor(s): | 5 |
| Firearm: | 0 | | Firearm: | 0 | | Other Open Charges: | 0 |
| Misdemeanor: | 14 | | Misdemeanor: | 9 | | | |
| Other: | 0 | | Other: | 3 | | | |
| | | | YO Adjudication(s): | 0 | | | |

| Warrant Information: | | | Revocation Counts: | | | Miscellaneous: | |
|---|---|---|---|---|---|---|---|
| Failure to Appear Counts: | 1 | | Probation: | 0 | | Escape Charges: | 0 |
| Open Warrants: | 0 | | Parole: | 0 | | Sex Offender Convictions: | 0 |

## 🌑 NYS Criminal History Information                                              🏠
## Cycle 1 🏠

### Arrest/Charge Information
Arrest Date: March 05, 1974

|  |  |
|---|---|
| Name: | NORMAN CHARLES SONBERG |
| Date of Birth: | |
| Sex: | Male |
| Race: | White |
| Address: | 5328 LAKE RD, NEWFANE, NY |
| Fax Number | 2690 |
| Place of Arrest: | Town of Amherst, Erie County , NY |
| Date of Crime: | March 05, 1974 |
| Place of Crime: | Town of Pendleton, Niagara County , NY |
| Criminal Justice | |
| Tracking No.: | 00373174R |
| Arresting Agency: | Niagara County Sheriff |

Arrest Number:    A6520
Arrest Charges:
--   Criminal Possession Controlled Substance
      PL 220.03     Class A   Misdemeanor Degree 7   NCIC 3562

## Court Case Information
-- Court: Pendleton Town Court   Case Number: CD-078

    Dismissed  May 08, 1974
    -- Criminal Possession Controlled Substance
        PL 220.03    Class A   Misdemeanor    NCIC 3562

---

## ⬇ Cycle 2 ⬆

## Arrest/Charge Information
Arrest Date: March 25, 1976

Name:               NORMAN CHARLES SONBERG
Date of Birth:
Sex:                Male
Race:              White
Address:           5 STEVENSON ST, BUFFALO, NY
Fax Number         2351
Place of Arrest:     City of Buffalo, Erie County , NY
Date of Crime:      March 25, 1976
Place of Crime:     City of Buffalo, Erie County , NY
Criminal Justice
  Tracking No.:     02378292L
Arresting Agency:   Buffalo City PD
Arrest Number:     104295
Arrest Charges:
--   Burglary-3rd Degree
      PL 140.20     Class D   Felony Degree 3   NCIC 2299

--   Possession Of Burglar Tools
      PL 140.35     Class A   Misdemeanor Degree 0   NCIC 2206

## Court Case Information
-- Court: Buffalo City Court   Case Number: 1B61155

    Convicted Upon Plea Of Guilty  May 19, 1976
    -- Attempted Possession Of Burglar Tools
        PL 140.35     Class B   Misdemeanor    NCIC 2206
        Sentenced to:Probation: 1 Year(s) Sentence Date:May 19, 1976

    Dismissed  May 19, 1976
    -- Burglary-3rd Degree
        PL 140.20   Class D Felony NCIC 2299

---

## ⬇ Cycle 3 ⬆

## Arrest/Charge Information
Arrest Date: October 25, 1977

| | |
|---|---|
| Name: | NORMAN CHARLES SONBERG |
| Date of Birth: | |
| Sex: | Male |
| Race: | White |
| Address: | 29 KATHERINE, BUFFALO, NY |
| Fax Number | 6811 |
| Place of Arrest: | City of Buffalo, Erie County , NY |
| Date of Crime: | October 25, 1977 |
| Place of Crime: | City of Buffalo, Erie County , NY |
| Criminal Justice | |
|    Tracking No.: | 03001271Q |
| Arresting Agency: | Buffalo City PD |
| Arrest Number: | 104295 |
| Arrest Charges: | |

-- Burglary-3rd Degree
    PL 140.20    Class D   Felony Degree 3   NCIC 2299

-- Possession Of Burglar Tools
    PL 140.35    Class A   Misdemeanor Degree 0   NCIC 2206

## Court Case Information
-- **Court:** Buffalo City Court  **Case Number:** 1B87371

**Dismissed** November 03, 1977
  -- Possession Of Burglar Tools
    PL 140.35   Class A Misdemeanor NCIC 2206

**Convicted Upon Plea Of Guilty** December 14, 1977
  -- Attempted Possession Of Burglar Tools
    PL 140.35   Class B   Misdemeanor   NCIC 2206

    **Sentenced to:**Probation: 1 Year(s) Sentence Date:December 14, 1977

## Incarceration/Supervision Information

### Incarceration Admission Information
| | |
|---|---|
| Admission Date: | December 05, 1978 |
| Admission Reason: | Sentenced, Initial Entry; Unknown Type or Level |
| Agency: | Erie County Correctional Facility |
| Inmate ID Number: | G70409 |
| Sentence to: | Term: 90 Day(s) |
| Max Expiration Date: | |
| Inmate Name: | NORMAN CHARLES SONBERG |

---

## ⬇ Cycle 4 ⬆

## Arrest/Charge Information
Arrest Date: October 29, 1979

| | |
|---|---|
| Name: | NORMAN CHARLES SONBERG |

Date of Birth:
Sex:                     Male
Race:                    White
Address:                 117 SOWLES, HAMBURG, NY
Fax Number               10438
Place of Arrest:         City of Buffalo, Erie County , NY
Date of Crime:           October 09, 1979
Place of Crime:          City of Buffalo, Erie County , NY
Criminal Justice
    Tracking No.:        04463314Q
Arresting Agency:        Buffalo City PD
Arrest Number:           104295
Arrest Charges:

-- Criminal Sale Controlled Substance-3rd:Hallucinogenic Substance
    PL 220.39 Sub 06          Class B      Felony Degree 3       NCIC 3503

-- Criminal Possession Weapon-4th:Intent To Use
    PL 265.01 Sub 02     Class A   Misdemeanor Degree 4   NCIC 5212

-- Criminal Possession Controlled Substance
    PL 220.03     Class A   Misdemeanor Degree 7   NCIC 3599

## Court Case Information
-- Court: Buffalo City Court   Case Number: 1C29642

Convicted Upon Plea Of Guilty  December 06, 1979
-- Disorderly Conduct
    PL 240.20     Violation NCIC 5311

    Sentenced to:Conditional discharge  Sentence Date:December 06, 1979
               Term: 1 Day(s)

Dismissed  December 06, 1979
-- Criminal Possession Weapon - 4th Degree
    PL 265.01     Class A    Misdemeanor    NCIC 5212
-- Criminal Possession Controlled Substance- 7th Degree
    PL 220.03     Class A    Misdemeanor    NCIC 3599

---

⬇ Cycle 5 ⬆

## Arrest/Charge Information
Arrest Date: January 25, 1980

Name:                    NORMAN CHARLES SONBERG
Date of Birth:
Sex:                     Male
Race:                    White
Age at time of crime/arrest:23
Address:                 115 GROTE ST, BUFFALO, NY
Fax Number               932
Place of Arrest:         City of Buffalo, Erie County , NY
Arrest Type:             Other
Date of Crime:           January 25, 1980
Place of Crime:          City of Buffalo, Erie County , NY

Criminal Justice
  Tracking No.:        04466755Y
Arresting Agency:     Buffalo City PD
Arresting Officer ID:  104295
Arrest Number:      104295
Arraignment:        Buffalo City Court
Arrest Charges:
  --  Grand Larceny:Value Of Property Greater Than $250
        PL 155.30  Sub 01     Class E   Felony Degree 3   NCIC 2399

# No Court Reported Information

## ⬇ Cycle 6 ⬆

# Arrest/Charge Information
Arrest Date: July 18, 1987 06:00 am (06:00:00)

Name:                NORMAN CHARLES SONBERG
Date of Birth:
Sex:                  Male
Race:               White
Age at time of crime/arrest:30
Address:           2424 LOCKPORT RD, SANBORN, NY
Fax Number        7823
Place of Arrest:      City of Buffalo, Erie County , NY
Arrest Type:        Warrant
Date of Crime:
Place of Crime:      City of Buffalo, Erie County , NY
Criminal Justice
  Tracking No.:        11125722H
Arresting Agency:     Buffalo City PD
Arrest Number:      104295
Arrest Charges:
  --  Grand Larceny-4th Degree
        PL 155.30     Class E   Felony Degree 4  NCIC 2399

# Court Case Information
-- Court: Buffalo City Court  Case Number: 1C34258

  Bench Warrant Issued   July 18, 1987

  Returned On Warrant July 18, 1987

  Not Arraigned July 18, 1987
    --  Grand Larceny-4th Degree
        PL 155.30   Class E  Felony  NCIC 2399

  Dismissed  August 04, 1987
    --  Attempted Grand Larceny-4th Degree
        PL 155.30    Class A   Misdemeanor   NCIC 2399

## ⬇ Cycle 7 ⬆

## Arrest/Charge Information
Arrest Date: December 06, 1989 10:15 pm (22:15:00)

|  |  |
|---|---|
| Name: | NORMAN CHARLES SONBERG |
| Date of Birth: | |
| Sex: | Male |
| Race: | White |
| Age at time of crime/arrest: | 32 |
| Address: | 600 CAYUGA DR, NIAGARA FALLS, NY |
| Place of Arrest: | City of Niagara Falls, Niagara County , NY |
| Arrest Type: | Crime In Progress |
| Date of Crime: | December 06, 1989 |
| Place of Crime: | City of Niagara Falls, Niagara County , NY |
| Criminal Justice Tracking No.: | 12876227L |
| Arresting Agency: | Niagara Falls City PD |
| Arresting Officer ID: | 28818 |
| Arrest Number: | 28818 |

Arrest Charges:

-- Burglary-3rd Degree

    PL 140.20    Class D   Felony Degree 3   NCIC 2299

-- Petit Larceny

    PL 155.25    Class A   Misdemeanor Degree 0   NCIC 2399

## Court Case Information
-- **Court:** Niagara Falls City Court  **Case Number:** 89-5056

   Initial Report Of Docket Number  December 07, 1989

---

### ⬇ Cycle 8 ⬆

## Arrest/Charge Information
Arrest Date: June 02, 1990

|  |  |
|---|---|
| Name: | NORMAN CHARLES SONBERG |
| Date of Birth: | |
| Sex: | Male |
| Race: | White |
| SSN: | |
| Age at time of crime/arrest: | 33 |
| Address: | 321 ROBERTS DR, NORTH TONAWANDA, NY |
| Place of Arrest: | City of North Tonawanda, Niagara County , NY |
| Arrest Type: | Unknown |
| Date of Crime: | June 02, 1990 |
| Place of Crime: | City of North Tonawanda, Niagara County , NY |
| Criminal Justice Tracking No.: | 12905929R |
| Arresting Agency: | North Tonawanda City PD |
| Arrest Number: | 7432 |

Arrest Charges:

-- Driving While Intoxicated- 1st Offense

    VTL 1192  Sub 03    Class U   Misdemeanor Degree 0   NCIC 5404

## Court Case Information
-- **Court:** North Tonawanda City Court   **Case Number:** 90-7148

> **Convicted Upon Plea Of Guilty** June 21, 1990
> -- Driving While Ability Impaired By The Consumption of Alcohol
>   VTL 1192 Sub 01                Infraction          NCIC 5404
>
> > **Sentenced to:** Fine Amount: $350  Sentence Date: June 21, 1990
> > License Revoked

---

## ⬇ Cycle 9 ⬆

## Arrest/Charge Information
Arrest Date: January 23, 1992

|  |  |
|---|---|
| **Name:** | NORMAN CHARLES SONBERG |
| **Date of Birth:** | |
| **Sex:** | Male |
| **Race:** | White |
| **SSN:** | |
| **Age at time of crime/arrest:** | 35 |
| **Address:** | 6829 SHAWNEE RD, SANBORN, NY |
| **Place of Arrest:** | City of North Tonawanda, Niagara County , NY |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | January 23, 1992 |
| **Place of Crime:** | City of North Tonawanda, Niagara County , NY |
| **Criminal Justice Tracking No.:** | 14059633N |
| **Arresting Agency:** | North Tonawanda City PD |
| **Arrest Number:** | 7432 |

**Arrest Charges:**
-- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
   VTL 0511 Sub 03          Class E    Felony Degree 1      NCIC 5404

-- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
   VTL 1192 Sub 02       Class U   Misdemeanor Degree 0   NCIC 5499

## Court Case Information
-- **Court:** North Tonawanda City Court   **Case Number:** 92-7582/S

Initial Report Of Docket Number January 23, 1992

**Convicted Upon Plea Of Guilty** April 02, 1992
-- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
   VTL 1192 Sub 02       Class U    Misdemeanor       NCIC 5499
   **Sentenced to:** Fine Amount: $525  Status at time of sentencing: Defendant Excused from Payment Sentence Dat

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree
   VTL 0511 Sub 02       Class U    Misdemeanor       NCIC 5499

> **Reduced From:**
> -- Aggravated Unlicensed Operation of a Motor Vehicle-1st Degree
>    VTL 0511 Sub 03          Class E    Felony    NCIC 5404

Sentenced to:Fine Amount: $525 Status at time of sentencing: Defendant Excused from PaymentSentence Dat
License Revoked

-- Court: <u>North Tonawanda City Court</u>  Case Number: 92-7582

Initial Report Of Docket Number  January 23, 1992

## Incarceration/Supervision Information

### Probation Information

| | |
|---|---|
| Name: | NORMAN CHARLES SONBERG |
| Sex: | Male |
| Race: | White |
| Ethnicity: | Not Hispanic |
| Placed on Probation: | June 11, 1992 |
| Max Expiration Date: | June 11, 1995 |
| Supervision Agency: | <u>Niagara County Probation</u> |
| Jurisdiction Agency | <u>Niagara County Probation</u> |
| Probation Officer ID : | NI008 |
| Probation Registration Number: | 948727 |
| Probation Case Number: | 000203960 |
| Probation Discharge Date: | May 11, 1995 |
| Discharge Type: | Maximum Expiration |

## ⬇ Cycle 10 ⬆

## Arrest/Charge Information
Arrest Date: June 07, 1992

| | |
|---|---|
| Name: | NORMAN CHARLES SONBERG |
| Date of Birth: | |
| Sex: | Male |
| Race: | White |
| SSN: | |
| Age at time of crime/arrest: | 35 |
| Address: | 6829 SHAWNEE RD, N TONAWANDA, NY |
| Place of Arrest: | Town of Tonawanda, Erie County , NY |
| Arrest Type: | Other |
| Date of Crime: | |
| Place of Crime: | Town of Ellicott, Chautauqua County , NY |
| Criminal Justice Tracking No.: | 15549365M |
| Arresting Agency: | <u>Ellicott Town Police Department</u> |
| Arrest Number: | 22144 |
| Arrest Charges: | |

-- Issuing A Bad Check:With Knowledge Of Insufficient Funds

    PL 190.05  Sub 01     Class B     Misdemeanor Degree 0     NCIC 2606

## Court Case Information
-- Court: <u>Ellicott Town Court</u>  Case Number: 92-210

Arraigned  June 07, 1992

-- Issuing A Bad Check
PL 190.05  Class B  Misdemeanor NCIC 2606

**Convicted Upon Plea Of Guilty** June 07, 1992
-- Issuing A Bad Check
PL 190.05  Class B  Misdemeanor NCIC 2606
   Sentenced to:Conditional discharge  Sentence Date:June 07, 1992

---

## ⬇ Cycle 11 🏠

## Arrest/Charge Information
Arrest Date: April 03, 1995 10:45 am (10:45:00)

| | |
|---|---|
| Name: | NORMAN CHARLES SONBERG |
| Date of Birth: | |
| Sex: | Male |
| Race: | White |
| SSN: | |
| Age at time of crime/arrest:38 | |
| Address: | 8677 CHURCH ST, BARKER, NY |
| Place of Arrest: | Town of Somerset, Niagara County , NY |
| Arrest Type: | Unknown |
| Date of Crime: | April 02, 1995 |
| Place of Crime: | Town of Somerset, Niagara County , NY |
| Criminal Justice Tracking No.: | 12900424P |
| Arresting Agency: | Niagara County Sheriff |
| Arrest Number: | 27319 |

## Court Case Information
-- Court: Somerset Town Court  **Case Number:** T-64

**Arraigned** April 30, 1995
-- Unlawfully Growing Cannabis
PHL 3382  Class A  Misdemeanor NCIC 3599

**Convicted Upon Plea Of Guilty** June 22, 1995
-- Unlawfully Growing Cannabis
PHL 3382  Class A  Misdemeanor NCIC 3599
   Sentenced to:Fine Amount: $100 Status: Paid in Full Sentence Date:June 22, 1995

---

## ⬇ Cycle 12 🏠

## Arrest/Charge Information
Arrest Date: February 21, 1998 05:59 am (05:59:00)

| | |
|---|---|
| Name: | NORMAN CHARLES SONBERG |
| Date of Birth: | |
| Sex: | Male |
| Race: | White |

SSN:
Age at time of crime/arrest: 41
Address:                          8677 CHURCH ST, BARKER, NY
Place of Arrest:                  Town of Somerset, Niagara County , NY
Arrest Type:                      Complaint
Date of Crime:                    February 21, 1998
Place of Crime:                   Town of Somerset, Niagara County , NY
Criminal Justice
   Tracking No.:                  18800368K
Arresting Agency:                 Niagara County Sheriff
Arresting Officer ID:             148
Arrest Number:                    27319
Arrest Charges:

    --   Assault 3rd Degree: With Intent To Cause Physical Injury
        PL 120.00  Sub 01      Class A   Misdemeanor Degree 3   NCIC 1399

    --   Resisting Arrest
        PL 205.30     Class A   Misdemeanor Degree 0   NCIC 4801

## Court Case Information

-- **Court:** Barker Village Court  **Case Number:** V-62-66

    **Arraigned** February 21, 1998
    -- Assault 3rd Degree: With Intent To Cause Physical Injury
        PL 120.00  Sub 01     Class A   Misdemeanor     NCIC 1399
    -- Resisting Arrest
        PL 205.30        Class A   Misdemeanor     NCIC 4801

    **Convicted Upon Plea Of Guilty** April 02, 1998
    -- Resisting Arrest
      PL 205.30   Class A  Misdemeanor  NCIC 4801
      **Sentenced to:** Term: 9 Month(s) Sentence Date: May 07, 1998

    **Convicted Upon Plea Of Guilty** April 02, 1998
    -- Assault 3rd Degree: With Intent To Cause Physical Injury
        PL 120.00  Sub 01     Class A   Misdemeanor     NCIC 1399
      **Sentenced to:** Term: 9 Month(s) Sentence Date: May 07, 1998

-- **Court:** Newfane Town Court  **Case Number:** 98020048

    **Arraigned** February 21, 1998
    -- Assault 3rd Degree: With Intent To Cause Physical Injury
        PL 120.00  Sub 01     Class A   Misdemeanor     NCIC 1399
    -- Act In Manner Injure Child Less Than 17
        PL 260.10  Sub 01     Class A   Misdemeanor     NCIC 3801
    -- Resisting Arrest
        PL 205.30        Class A   Misdemeanor     NCIC 4801
    -- Menacing-3rd Degree
        PL 120.15        Class B   Misdemeanor     NCIC 1316

    **Transferred To Another Court** February 21, 1998
    -- Assault 3rd Degree: With Intent To Cause Physical Injury

PL 120.00  Sub 01          Class A    Misdemeanor        NCIC 1399
-- Act In Manner Injure Child Less Than 17
   PL 260.10  Sub 01    Class A  Misdemeanor  NCIC 3801

-- Resisting Arrest
   PL 205.30    Class A  Misdemeanor  NCIC 4801

-- Menacing-3rd Degree
   PL 120.15    Class B  Misdemeanor  NCIC 1316


Transferred Court: Somerset Town Court

---

# ⬇ Cycle 13 ⬆
## * Cycle may not be supported by fingerprints

## No Arrest Reported

## Court Case Information
-- Court: Barker Village Court   Case Number: V-76


Arraigned  May 07, 1998
-- Criminal Contempt-2nd Degree
   PL 215.50  Class A  Misdemeanor  NCIC 5005

Convicted Upon Plea Of Guilty  May 07, 1998
-- Criminal Contempt-2nd Degree
   PL 215.50    Class A  Misdemeanor  NCIC 5005

   Sentenced to:Term: 30 Day(s) Sentence Date:May 07, 1998

---

# ⬇ Cycle 14 ⬆

## Arrest/Charge Information
Arrest Date: August 12, 2003 02:00 pm (14:00:00)


| | |
|---|---|
| Name: | NORMAN CHARLES SONBERG |
| Date of Birth: | |
| Sex: | Male |
| Race: | White |
| SSN: | |
| Age at time of crime/arrest:46 | |
| Address: | 8406 W SOMERST RD, BARKER, NY |
| Place of Arrest: | City of Lockport, Niagara County , NY |
| Arrest Type: | Warrant |
| Date of Crime: | July 30, 2003 |
| Place of Crime: | City of Lockport, Niagara County , NY |
| Criminal Justice | |
| Tracking No.: | 30943889M |
| Arresting Agency: | Lockport City PD |
| Arresting Officer ID: | 36810 |
| Arrest Number: | P0064503 |
| Arrest Charges: | |

-- Aggravated Harrassment-2nd:Communicate/Alarm

PL 240.30 Sub 01     Class A   Misdemeanor Degree 2   NCIC 5309

## Court Case Information
-- Court: Lockport City Court Criminal Division   Case Number: 2003-24328

Initial Report Of Docket Number  August 13, 2003
-- Aggravated Harrassment-2nd:Communicate/Alarm
    PL 240.30 Sub 01     Class A   Misdemeanor   NCIC 5309

Convicted Upon Plea Of Guilty  December 22, 2003
-- Harassment-2nd:Physical Contact
    PL 240.26        Violation     NCIC 7099

Reduced From:
-- Aggravated Harrassment-2nd:Communicate/Alarm
    PL 240.30 Sub 01     Class A   Misdemeanor   NCIC 5309

Sentenced to:Conditional discharge  Sentence Date:December 22, 2003

## ⬇ Cycle 15 ⬆

## Arrest/Charge Information
Arrest Date: August 18, 2005

| | |
|---|---|
| Name: | NORMAN CHARLES SONBERG |
| Date of Birth: | |
| Sex: | Male |
| Race: | White |
| SSN: | |
| Age at time of crime/arrest: | 48 |
| Address: | 9202 RIDGE RD, MIDDLEPORT, NY |
| Place of Arrest: | Town of Somerset, Niagara County , NY |
| Date of Crime: | August 18, 2005 |
| Place of Crime: | Town of Somerset, Niagara County , NY |
| Criminal Justice Tracking No.: | 57609502J |
| Arresting Agency: | Niagara County Sheriff |
| Arresting Officer ID: | 032 |
| Arrest Number: | 00053791 |

Arrest Charges:
-- Harassment-1st:Stalking
    PL 240.25    Class B   Misdemeanor Degree 1   NCIC 7099

## Court Case Information
-- Court: Somerset Town Court  Case Number: 05080015

Initial Report Of Docket Number  September 01, 2005

Adjourned In Contemplation Of Dismissal CPL170.55  December 01, 2005

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
            < < < < < < CRIMINAL HISTORY > > > > > > >
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
!       ARREST       !   ARREST/ARRAIGNMENT CHARGES  !    DISPOSITION AND
!    INFORMATION     !                               !      RELATED DATA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ARR DT/PL 03-05-74!      - - ARREST - -              !    - - DISPOSITION - -
AMHERST           !CRIM POSS CONTRL SUBST            !05-08-74  PENDLETON TWN COURT
                  !PL   220.03        NO SUB         !         CASE # CD-078
CRM DATE: 03-05-74!CLASS A MISD       NCIC 3562      !DISMISSED
CRIME PLACE:      !                                  !
PENDLETON         !                                  !THE FOLLOWING CHARGE(S):
                  !                                  !CRIM POSS CONTRL SUBST
ARR#/AGY  A6520   !                                  !PL   220.03        NO SUB
NIAGARA CO SO     !                                  !CLASS A MISD       NCIC 3562
                  !                                  !
CRT CON# 00373174R!                                  !
                  !                                  !
FAX NO   NF0269   !                                  !
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ARR DT/PL 03-25-76!      - - ARREST - -              !    - - DISPOSITION - -
BUFFALO           !BURGLARY-3RD                      !05-19-76  BUFFALO CITY COURT
                  !PL   140.20        NO SUB         !         CASE # 1B61155
CRM DATE: 03-25-76!CLASS D FEL        NCIC 2299      !CONVICTED UPON PLEA OF GUILTY
CRIME PLACE:      !                                  !
BUFFALO           !POSSESSION OF BURGLAR TOOLS       !THE FOLLOWING CHARGE(S):
                  !PL   140.35        NO SUB         !ATTEMPTED POSS BURG TOOLS
ARR#/AGY  104295  !CLASS A MISD       NCIC 2206      !PL   110/140.35    NO SUB
BUFFALO PD        !                                  !CLASS B MISD       NCIC 2206
                  !                                  !PROB:   1 YEAR
CRT CON# 02378292L!                                  !
                  !                                  !
FAX NO   BU02351  !                                  !   .    .   .    .
                  !                                  !
                  !                                  !05-19-76  BUFFALO CITY COURT
                  !                                  !         CASE # 1B61155
                  !                                  !DISMISSED
                  !                                  !
                  !                                  !THE FOLLOWING CHARGE(S):
                  !                                  !BURGLARY-3RD
                  !                                  !PL   140.20        NO SUB
                  !                                  !CLASS D FEL        NCIC 2299
                  !                                  !
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ARR DT/PL 10-25-77!      - - ARREST - -              !    - - DISPOSITION - -
BUFFALO           !BURGLARY-3RD                      !12-14-77  BUFFALO CITY COURT
                  !PL   140.20        NO SUB         !         CASE # 1B87371
CRM DATE: 10-25-77!CLASS D FEL        NCIC 2299      !CONVICTED UPON PLEA OF GUILTY
CRIME PLACE:      !                                  !
BUFFALO           !POSSESSION OF BURGLAR TOOLS       !THE FOLLOWING CHARGE(S):
                  !PL   140.35        NO SUB         !ATTEMPTED POSS BURG TOOLS
ARR#/AGY  104295  !CLASS A MISD       NCIC 2206      !PL   110/140.35    NO SUB
BUFFALO PD        !                                  !CLASS B MISD       NCIC 2206
(CONT. NEXT PAGE) !                                  !
```

THIS RECORD ONLY FOR USE AT
PLACE OF DOIS PROGRAM FOR
RECORD REVIEW EXCEPT BY THOSE F

```
          < < < < < < CRIMINAL HISTORY > > > > > > >
```

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| CRT CON# 03001271Q<br><br>FAX NO    BU06811 | | PROB:   1 YEAR<br><br>.   .   .   .   .<br><br>11-03-77  BUFFALO CITY COURT<br>          CASE # 1B87371<br>DISMISSED<br><br>THE FOLLOWING CHARGE(S):<br>POSSESSION OF BURGLAR TOOLS<br>PL  140.35          NO SUB<br>CLASS A MISD        NCIC 2206<br><br><br>    - - PENAL/PAROLE DATA - -<br>ERIE CO CORR FAC  - ADMISSION<br>12-05-78  COMMITTED<br>TERM:   90 DAYS<br>INMATE ID NO G70409 |
| ARR DT/PL 10-29-79<br>BUFFALO<br><br>CRM DATE: 10-09-79<br>CRIME PLACE:<br>BUFFALO<br><br>ARR#/AGY  104295<br>BUFFALO PD<br><br>CRT CON# 04463314Q<br><br>FAX NO    BU10438 | - - ARREST - -<br>CSCS-3RD:HALLUCINOGENIC SUBST<br>PL   220.39       SUB 06<br>CLASS B FEL       NCIC 3503<br><br>CRIM POSS CONTRL SUBST<br>PL  220.03        NO SUB<br>CLASS A MISD      NCIC 3599<br><br>CRIM POSS WEAP-4TH:INT TO USE<br>PL  265.01        SUB 02<br>CLASS A MISD      NCIC 5212 | - - DISPOSITION - -<br>12-06-79  BUFFALO CITY COURT<br>          CASE # 1C29642<br>CONVICTED UPON PLEA OF GUILTY<br><br>THE FOLLOWING CHARGE(S):<br>DISORDERLY CONDUCT<br>PL  240.20        NO SUB<br>          VIOL    NCIC 5311<br>SENT:   1 DAY<br>        CONDITIONAL DISCHARGE<br><br>.   .   .   .   .<br><br>12-06-79  BUFFALO CITY COURT<br>          CASE # 1C29643<br>DISMISSED<br><br>THE FOLLOWING CHARGE(S):<br>GRAND LARCENY-3RD<br>PL  155.30        NO SUB<br>CLASS E FEL       NCIC 2399<br><br>.   .   .   .   .<br><br>12-10-79  BUFFALO CITY COURT<br>          CASE # 1C29643<br>SEALED UPON TERMINATION OF<br>CRIMINAL ACTION IN FAVOR OF<br>THE ACCUSED CPL160.50<br><br>.   .   .   .   .<br><br>12-06-79  BUFFALO CITY COURT<br>          CASE # 1C29642<br>DISMISSED<br><br>THE FOLLOWING CHARGE(S):<br>CRIM POSS CONTRL SUBST-7TH<br>PL  220.03        NO SUB<br>CLASS A MISD      NCIC 3599 |

(CONT. NEXT PAGE)

< < < < < < CRIMINAL HISTORY > > > > > >

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| | | CRIM POSS WEAP - 4TH DEG<br>PL   265.01        NO SUB<br>CLASS A MISD           NCIC 5212 |
| ᴀRR DT/PL 01-25-80<br>ᴮUFFALO<br><br>ᴄRM DATE: 01-25-80<br>ᴄRIME PLACE:<br>ᴮUFFALO<br><br>ᴀRR#/AGY  104295<br>ᴮUFFALO PD<br><br>ᴄRT CON# 04466755Y<br><br>ᶠAX NO   BU00932 | - - ARREST - -<br>GR LAR:VALUE OF PROPRTY > $250<br>PL   155.30        SUB 01<br>CLASS E FEL           NCIC 2399 | NO DISPOSITION REPORTED<br><br>COURT OF ARRAIGNMENT:<br>BUFFALO CITY COURT |
| ᴀRR DT/PL 07-18-87<br>ᴮUFFALO<br><br>ᴄRM DATE:<br>ᴄRIME PLACE:<br>ᴮUFFALO<br><br>ᴀRR#/AGY  104295<br>ᴮUFFALO PD<br><br>ᴄRT CON# 11125722H<br><br>ᶠAX NO   BU07823 | - - ARREST - -<br>GRAND LARCENY-4TH<br>PL   155.30        NO SUB<br>CLASS E FEL           NCIC 2399 | - - DISPOSITION - -<br>07-18-87  BUFFALO CITY COURT<br>         CASE # 1C34258<br>BENCH WARRANT ISSUED<br><br>07-18-87  BUFFALO CITY COURT<br>         CASE # 1C34258<br>RETURNED ON WARRANT<br><br>07-18-87  BUFFALO CITY COURT<br>         CASE # UNKNOWN<br>NOT ARRAIGNED<br><br>THE FOLLOWING CHARGE(S):<br>GRAND LARCENY-4TH<br>PL   155.30        NO SUB<br>CLASS E FEL           NCIC 2399<br><br>08-04-87  BUFFALO CITY COURT<br>         CASE # 1C34258<br>DISMISSED<br><br>THE FOLLOWING CHARGE(S):<br>ATTEMPTED GRAND LARCENY 4<br>PL   110/155.30    NO SUB<br>CLASS A MISD          NCIC 2399 |
| *<br>ᴀRR DT/PL 05-27-88<br>ᴺIAGARA FALLS<br><br>ᴄRM DATE: 05-27-88<br>ᴄRIME PLACE:<br>ᴺIAGARA FALLS<br><br>ᴀRR#/AGY  28818<br>ᴺIAGARA FALLS PD | - - ARREST - -<br>ASSAULT-3RD<br>PL   120.00        NO SUB<br>CLASS A MISD          NCIC 1399 | - - DISPOSITION - -<br>08-10-88  NIAGARA FL CITY CRT<br>         CASE # 88 602C<br>SEALED UPON TERMINATION OF<br>CRIMINAL ACTION IN FAVOR OF<br>THE ACCUSED CPL160.50 |

(CONT. NEXT PAGE)

< < < < < < CRIMINAL HISTORY > > > > > >

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| CRT CON# 11465458R! | | |

- - ARREST - -

```
ARR DT/PL 12-05-89! PETIT LARCENY
NIAGARA            ! PL   155.25          NO SUB
                   ! CLASS A MISD         NCIC 2399

CRM DATE: 05-30-89!
CRIME PLACE:
NIAGARA

ARR#/AGY  7102A11 !
NYSP NIAGARA

CRT CON# 11206571L!
```

- - DISPOSITION - -
```
04-19-90  NIAGARA TOWN COURT
          CASE # 90020102
DISMISSED

THE FOLLOWING CHARGE(S):
PETIT LARCENY
PL    155.25          NO SUB
CLASS A MISD          NCIC 2399


07-30-90  NIAGARA TOWN COURT
          CASE # 90020102
SEALED UPON TERMINATION OF
CRIMINAL ACTION IN FAVOR OF
THE ACCUSED CPL160.50
```

- - ARREST - -
```
ARR DT/PL 12-06-89!          - - ARREST - -
NIAGARA FALLS     ! BURGLARY-3RD
                  ! PL   140.20          NO SUB
CRM DATE: 12-06-89! CLASS D FEL          NCIC 2299
CRIME PLACE:
NIAGARA FALLS     ! PETIT LARCENY
                  ! PL   155.25          NO SUB
ARR#/AGY  28818   ! CLASS A MISD         NCIC 2399
NIAGARA FALLS PD

CRT CON# 12876227L!
```

- - DISPOSITION - -
```
12-07-89  NIAGARA FL CITY CRT
          CASE # 89-5056
INITIAL REPORT OF DOCKET
NUMBER
```

- - ARREST - -
```
ARR DT/PL 06-02-90!          - - ARREST - -
NORTH TONAWANDA   ! DWI- 1ST OFFENSE
                  ! VTL   1192           SUB 03
CRM DATE: 06-02-90! CLASS U MISD         NCIC 5404
CRIME PLACE:
NORTH TONAWANDA

ARR#/AGY  7432    !
N TONAWANDA PD

CRT CON# 12905929R!
```

- - DISPOSITION - -
```
06-21-90  N TONAWNDA CITY CRT
          CASE # 90-7148
CONVICTED UPON PLEA OF GUILTY

THE FOLLOWING CHARGE(S):
DWAI ALCOHOL
VTL   1192            SUB 01
          INFR        NCIC 5404
SENT: LICENSE REVOKED
FINE:      $350
```

- - ARREST - -
```
ARR DT/PL 01-23-92!          - - ARREST - -
NORTH TONAWANDA   ! AGGRAVATED UNLIC OPER/MV-1ST
                  ! VTL   0511           SUB 03
CRM DATE: 01-23-92! CLASS E FEL          NCIC 5404
CRIME PLACE:
NORTH TONAWANDA   ! OPER MV .10 OF 1% ALCOHOL 1ST
                  ! VTL   1192           SUB 02
ARR#/AGY  7432    ! CLASS U MISD         NCIC 5499
N TONAWANDA PD
                  ! FAILURE TO KEEP TO THE RIGHT
CRT CON# 14059633N! VTL   1120           NO SUB
                  !          INFR        NCIC 5405
```

- - DISPOSITION - -
```
04-02-92  N TONAWNDA CITY CRT
          CASE # 92-7582/S
CONVICTED UPON PLEA OF GUILTY

THE FOLLOWING CHARGE(S):
OPER MV .10 OF 1% ALCOHOL 1ST
VTL   1192           SUB 02
CLASS U MISD         NCIC 5499
FINE:      $525  FINE SUSPENDED


AGGRAVATED UNLIC OPER/MV-2ND
VTL   0511           SUB 02
CLASS U MISD         NCIC 5499
(REDUCED FROM:
AGGRAVATED UNLIC OPER/MV-1ST
```

(CONT. NEXT PAGE)

< < < < < < CRIMINAL HISTORY > > > > > >

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| | | VTL  0511                SUB 03<br>CLASS E FEL              NCIC 5404)<br>SENT: LICENSE REVOKED<br>FINE:        $525  FINE SUSPENDED |
| | | 04-02-92  N TONAWNDA CITY CRT<br>          CASE # 92-7582<br>DISMISSED |
| | | THE FOLLOWING CHARGE(S):<br>DWI- 1ST OFFENSE<br>VTL  1192                SUB 03<br>CLASS U MISD             NCIC 5404 |
| | | FAILURE TO KEEP TO THE RIGHT<br>VTL  1120                NO SUB<br>          INFR           NCIC 5405 |
| | | 01-23-92  N TONAWNDA CITY CRT<br>          CASE # 92-7582<br>INITIAL REPORT OF DOCKET<br>NUMBER |
| | | 01-23-92  N TONAWNDA CITY CRT<br>          CASE # 92-7582/S<br>INITIAL REPORT OF DOCKET<br>NUMBER |
| | | ATTORNEY TYPE: PRIVATE<br><br>     - - PROBATION DATA - -<br>06-11-92 SENTENCE DATE<br>  PROB NIAGARA CO<br>            REG # 0948727<br>05-11-95 DISCHARGED<br>MAXIMUM EXPIRATION |
| * - - ARREST - -<br>ARR DT/PL 03-19-92<br>NORTH TONAWANDA<br><br>CRM DATE: 03-19-92<br>CRIME PLACE:<br>NORTH TONAWANDA<br><br>ARR#/AGY  7432<br>N TONAWANDA PD<br><br>CRT CON# 14059031K | - - ARREST - -<br>ISS BAD CHK:W/KNOW INSUFF FUND<br>PL  190.05              SUB 01<br>CLASS B MISD           NCIC 2606 | - - DISPOSITION - -<br>04-02-92  N TONAWNDA CITY CRT<br>          CASE # 92-7617<br>CONVICTED UPON PLEA OF GUILTY<br><br>THE FOLLOWING CHARGE(S):<br>DISORDERLY CONDUCT<br>PL  240.20              NO SUB<br>          VIOL           NCIC 5311<br>(REDUCED FROM:<br>ISS BAD CHK:W/KNOW INSUFF FUND<br>PL  190.05              SUB 01<br>CLASS B MISD           NCIC 2606)<br>FINE:        $250  FINE SUSPENDED |

(CONT. NEXT PAGE)

```
                  < < < < < < CRIMINAL HISTORY > > > > > > >
-------------------------------------------------------------------------------
!       ARREST         !   ARREST/ARRAIGNMENT CHARGES   !      DISPOSITION AND        !
!    INFORMATION       !                                !       RELATED DATA          !
-------------------------------------------------------------------------------
                       !                                !03-19-92  N TONAWNDA CITY CRT
                       !                                !        CASE # 92-7617
                       !                                !INITIAL REPORT OF DOCKET
                       !                                !NUMBER
                       !                                !
                       !                                !
                       !                                !03-20-92  N TONAWNDA CITY CRT
                       !                                !        CASE # 92-7617
                       !                                !BENCH WARRANT ISSUED
                       !                                !
                       !                                !
                       !                                !12-23-92
                       !                                !        CASE # 92-7617
                       !                                !SEALED UPON NON-CRIMINAL
                       !                                !CONVICTION CPL160.55
                       !                                !
                       !                                !
                       !                                !ATTORNEY TYPE: PRIVATE
-------------------------------------------------------------------------------
ARR DT/PL 06-07-92!    - - ARREST - -           !   - - DISPOSITION - -
TONAWANDA         !ISS BAD CHK:W/KNOW INSUFF FUND!06-07-92  ELLICOTT TOWN COURT
                  !PL    190.05        SUB 01    !        CASE # 92-210
CRM DATE:         !CLASS B MISD        NCIC 2606 !CONVICTED UPON PLEA OF GUILTY
CRIME PLACE:      !                              !
ELLICOTT          !                              !THE FOLLOWING CHARGE(S):
                  !                              !ISSUING A BAD CHECK
ARR#/AGY  22144   !    - - ARRAIGNMENT - -       !PL    190.05        NO SUB
ELLICOTT TOWN PD  !ISSUING A BAD CHECK           !CLASS B MISD        NCIC 2606
                  !PL    190.05        NO SUB    !SENT: CONDITIONAL DISCHARGE
CRT CON# 15549365M!CLASS B MISD        NCIC 2606 !
                  !                              !  (SENTENCE IMPOSED: 06-07-92)
                  !                              !
                  !                              !06-07-92  ELLICOTT TOWN COURT
                  !                              !        CASE # 92-210
                  !                              !ARRAIGNED
-------------------------------------------------------------------------------
ARR DT/PL 04-03-95!    - - ARREST - -           !   - - DISPOSITION - -
SOMERSET          !ASLT W/INT CAUSES PHYS INJURY !07-06-95  BARKER VILLAGE CRT
                  !PL    120.00        SUB 01    !        CASE # V-235
CRM DATE: 04-02-95!CLASS A MISD        NCIC 1399 !CONVICTED UPON PLEA OF GUILTY
CRIME PLACE:      !                              !
SOMERSET          !                              !THE FOLLOWING CHARGE(S):
                  !    - - ARRAIGNMENT - -       !DISORDERLY CONDUCT
ARR#/AGY  27319   !                              !PL    240.20        NO SUB
NIAGARA CO SO     !ASLT W/INT CAUSES PHYS INJURY !        VIOL        NCIC 5311
                  !PL    120.00        SUB 01    !(REDUCED FROM:
CRT CON# 12900424P!CLASS A MISD        NCIC 1399 !ASLT W/INT CAUSES PHYS INJURY
                  !                              !PL    120.00        SUB 01
                  !ASSAULT-3RD                   !CLASS A MISD        NCIC 1399)
                  !PL    120.00        NO SUB    !
                  !CLASS A MISD        NCIC 1399 !CONDITIONAL DISCHARGE
                  !                              !COMMUNITY SERVICE   96 HOURS
                  !UNLAW GROW CANNABIS           !
                  !PHL   3382          NO SUB    !
                  !CLASS A MISD        NCIC 3599 !
-------------------------------------------------------------------------------
(CONT. NEXT PAGE)
```

< < < < < < CRIMINAL HISTORY > > > > > >

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| | DISORDERLY CONDUCT<br>PL   240.20        NO SUB<br>          VIOL        NCIC 5311 | 06-22-95  SOMERSET TOWN COURT<br>          CASE # T-64<br>CONVICTED UPON PLEA OF GUILTY<br><br>THE FOLLOWING CHARGE(S):<br>UNLAW GROW CANNABIS<br>PHL  3382            NO SUB<br>CLASS A MISD        NCIC 3599<br><br>FINE       $100 FINE PAID<br>SENTENCED ON  06-22-95 |
| | | DISORDERLY CONDUCT<br>PL   240.20        NO SUB<br>          VIOL        NCIC 5311<br>(REDUCED FROM:<br>ASSAULT-3RD<br>PL   120.00        NO SUB<br>CLASS A MISD        NCIC 1399)<br><br>CONDITIONAL DISCHARGE<br>SENTENCED ON  07-06-95 |
| | | 04-03-95  BARKER VILLAGE CRT<br>          CASE # V-235<br>ARRAIGNED |
| | | 08-18-95<br>          CASE # V-235<br>SEALED UPON NON-CRIMINAL<br>CONVICTION CPL160.55 |
| | | 04-30-95  SOMERSET TOWN COURT<br>          CASE # T-64<br>ARRAIGNED |

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| *<br>ARR DT/PL 06-08-95<br>BARKER<br><br>CRM DATE: 06-08-95<br>CRIME PLACE:<br>BARKER<br><br>ARR#/AGY  UNKNOWN<br>NIAGARA CO SO | - - ARREST -<br>CRIM CONTEMPT-2ND:DISOBEY CRT<br>PL   215.50        SUB 03<br>CLASS A MISD        NCIC 5005<br><br>HARASSMENT-2ND:PHY CONTACT<br>PL   240.26        SUB 01<br>          VIOL        NCIC 7099<br><br>- - ARRAIGNMENT - -<br><br>CRIM CONTEMPT-2ND:DISOBEY CRT<br>PL   215.50        SUB 03<br>CLASS A MISD        NCIC 5005<br><br>HARASSMENT-2ND:PHY CONTACT<br>PL   240.26        SUB 01 | 06-08-95  BARKER VILLAGE CRT<br>          CASE # V-242,243<br>CONVICTED UPON PLEA OF GUILTY<br>THE FOLLOWING CHARGE(S):<br>HARASSMENT-2ND:PHY CONTACT<br>PL   240.26        SUB 01<br>          VIOL        NCIC 7099<br><br>CONDITIONAL DISCHARGE<br>COMMUNITY SERVICE   80 HOURS<br><br>06-08-95  BARKER VILLAGE CRT<br>          CASE # V-242,243 |

(CONT. NEXT PAGE)

```
        < < < < < < CRIMINAL HISTORY > > > > > > >
--------------------------------------------------------------------
!     ARREST      !  ARREST/ARRAIGNMENT CHARGES  !   DISPOSITION AND       !
!   INFORMATION   !                              !    RELATED DATA          !
--------------------------------------------------------------------
```

|                 | VIOL          NCIC 7099 | DISMISSED |
|---|---|---|
|                 |                         | THE FOLLOWING CHARGE(S): |
|                 |                         | CRIM CONTEMPT-2ND:DISOBEY CRT |
|                 |                         | PL    215.50         SUB 03 |
|                 |                         | CLASS A MISD        NCIC 5005 |
|                 |                         | 06-08-95  BARKER VILLAGE CRT |
|                 |                         |          CASE # V-242,243 |
|                 |                         | ARRAIGNED |
|                 |                         | 09-12-95 |
|                 |                         |          CASE # V-242,243 |
|                 |                         | SEALED UPON TERMINATION OF |
|                 |                         | CRIMINAL ACTION IN FAVOR OF |
|                 |                         | THE ACCUSED CPL160.50 |
|                 |                         | 09-12-95 |
|                 |                         |          CASE # V-242,243 |
|                 |                         | SEALED UPON NON-CRIMINAL |
|                 |                         | CONVICTION CPL160.55 |

---

| NO ARREST REPORTED | | - - DISPOSITION - - |
|---|---|---|
|                                            |                        | 04-25-96  BARKER VILLAGE CRT |
|                                            |                        |          CASE # V-269 |
| - - ARRAIGNMENT - -                        |                        | DISMISSED |
| CRIM CONTEMPT-2ND:DISOBEY CRT              |                        | THE FOLLOWING CHARGE(S): |
| PL    215.50         SUB 03               |                        | CRIM CONTEMPT-2ND:DISOBEY CRT |
| CLASS A MISD        NCIC 5005             |                        | PL    215.50         SUB 03 |
|                                            |                        | CLASS A MISD        NCIC 5005 |
|                                            |                        | 12-21-95  BARKER VILLAGE CRT |
|                                            |                        |          CASE # V-269 |
|                                            |                        | ARRAIGNED |
|                                            |                        | 06-14-96 |
|                                            |                        |          CASE # V-269 |
|                                            |                        | SEALED UPON TERMINATION OF |
|                                            |                        | CRIMINAL ACTION IN FAVOR OF |
|                                            |                        | THE ACCUSED CPL160.50 |

---

| NO ARREST REPORTED | | - - DISPOSITION - - |
|---|---|---|
|                                            |                        | 08-01-96  BARKER VILLAGE CRT |
|                                            |                        |          CASE # V-16,17 |
| - - ARRAIGNMENT - -                        |                        | CONVICTED UPON PLEA OF GUILTY |
| CRIMINAL MISCHIEF-3RD                      |                        | THE FOLLOWING CHARGE(S): |
| PL    145.05         NO SUB               |                        | DISORDERLY CONDUCT |
| CLASS E FEL         NCIC 2999             |                        | PL    240.20         NO SUB |
|                                            |                        |          VIOL       NCIC 5311 |
| HARASSMENT-2ND:PHY CONTACT                |                        | (REDUCED FROM: |

(CONT. NEXT PAGE)

< < < < < < CRIMINAL HISTORY > > > > > >

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| | PL  240.26        SUB 01<br>        VIOL      NCIC 7099 | CRIMINAL MISCHIEF-3RD<br>PL   145.05        NO SUB<br>CLASS E FEL      NCIC 2999) |
| | | CONDITIONAL DISCHARGE<br>COMMUNITY SERVICE  128 HOURS |
| | | 08-01-96  BARKER VILLAGE CRT<br>        CASE # V-16,17<br>CONVICTED UPON PLEA OF GUILTY |
| | | THE FOLLOWING CHARGE(S):<br>HARASSMENT-2ND:PHY CONTACT<br>PL   240.26        SUB 01<br>        VIOL      NCIC 7099 |
| | | CONDITIONAL DISCHARGE<br>COMMUNITY SERVICE   96 HOURS |
| | | 07-27-96  BARKER VILLAGE CRT<br>        CASE # V-16,17<br>ARRAIGNED |
| | | 01-10-97<br>        CASE # V-16,17<br>SEALED UPON NON-CRIMINAL<br>CONVICTION CPL160.55 |
| | | ATTORNEY TYPE: PUBLIC DEFENDER |
| ARR DT/PL 02-21-98<br>SOMERSET<br><br>CRM DATE: 02-21-98<br>CRIME PLACE:<br>SOMERSET<br><br>ARR#/AGY  27319<br>NIAGARA CO SO<br><br>CRT CON# 18800368K | - - ARREST - -<br>ASLT W/INT CAUSES PHYS INJURY<br>PL   120.00        SUB 01<br>CLASS A MISD      NCIC 1399<br><br>RESISTING ARREST<br>PL   205.30        NO SUB<br>CLASS A MISD      NCIC 4801<br><br>ACT IN MANNER INJUR CHILD < 17<br>PL   260.10        SUB 01<br>CLASS A MISD CTS 02 NCIC 3801<br><br>MENACING-3RD<br>PL   120.15        NO SUB<br>CLASS B MISD      NCIC 1316<br><br>- - ARRAIGNMENT - -<br><br>ASLT W/INT CAUSES PHYS INJURY<br>PL   120.00        SUB 01<br>CLASS A MISD      NCIC 1399 | - - DISPOSITION - -<br>04-02-98  BARKER VILLAGE CRT<br>        CASE # V-62-66<br>CONVICTED UPON PLEA OF GUILTY<br><br>THE FOLLOWING CHARGE(S):<br>ASLT W/INT CAUSES PHYS INJURY<br>PL   120.00        SUB 01<br>CLASS A MISD      NCIC 1399<br><br>SENT   9 MONTHS<br>SENTENCED ON   05-07-98<br><br>04-02-98  BARKER VILLAGE CRT<br>        CASE # V-62-66<br>CONVICTED UPON PLEA OF GUILTY<br><br>THE FOLLOWING CHARGE(S):<br>RESISTING ARREST<br>PL   205.30        NO SUB |

(CONT. NEXT PAGE)

< < < < < < < CRIMINAL HISTORY > > > > > > >

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| | | CLASS A MISD          NCIC 4801 |
| | ASLT W/INT CAUSES PHYS INJURY<br>PL  120.00       SUB 01<br>CLASS A MISD       NCIC 1399 | SENT    9 MONTHS<br>SENTENCED ON    05-07-98 |
| | RESISTING ARREST<br>PL  205.30       NO SUB<br>CLASS A MISD       NCIC 4801 | |
| | RESISTING ARREST<br>PL  205.30       NO SUB<br>CLASS A MISD       NCIC 4801 | 02-21-98  NEWFANE TOWN COURT<br>        CASE # 98020048<br>TRANSFERRED TO: SOMERSET TOWN<br>COURT |
| | ACT IN MANNER INJUR CHILD < 17<br>PL  260.10       SUB 01<br>CLASS A MISD CTS 02 NCIC 3801 | THE FOLLOWING CHARGE(S):<br>ASLT W/INT CAUSES PHYS INJURY<br>PL  120.00       SUB 01<br>CLASS A MISD       NCIC 1399 |
| | ACT IN MANNER INJUR CHILD < 17<br>PL  260.10       SUB 01<br>CLASS A MISD       NCIC 3801 | RESISTING ARREST<br>PL  205.30       NO SUB<br>CLASS A MISD       NCIC 4801 |
| | MENACING-3RD<br>PL  120.15       NO SUB<br>CLASS B MISD       NCIC 1316 | ACT IN MANNER INJUR CHILD < 17<br>PL  260.10       SUB 01<br>CLASS A MISD       NCIC 3801 |
| | MENACING-3RD<br>PL  120.15       NO SUB<br>CLASS B MISD       NCIC 1316 | MENACING-3RD<br>PL  120.15       NO SUB<br>CLASS B MISD       NCIC 1316 |
| | | 05-07-98  BARKER VILLAGE CRT<br>        CASE # V-62-66<br>DISMISSED |
| | | THE FOLLOWING CHARGE(S):<br>ACT IN MANNER INJUR CHILD < 17<br>PL  260.10       SUB 01<br>CLASS A MISD CTS 02 NCIC 3801 |
| | | MENACING-3RD<br>PL  120.15       NO SUB<br>CLASS B MISD       NCIC 1316 |
| | | 02-21-98  NEWFANE TOWN COURT<br>        CASE # 98020048<br>ARRAIGNED |
| | | 02-21-98  BARKER VILLAGE CRT<br>        CASE # V-62-66<br>ARRAIGNED |
| | | ATTORNEY TYPE: PUBLIC DEFENDER |
| | NO ARREST REPORTED | - - DISPOSITION - -<br>05-07-98  BARKER VILLAGE CRT |

(CONT. NEXT PAGE)

```
          < < < < < < CRIMINAL HISTORY > > > > > > >
----------------------------------------------------------------
!    ARREST      ! ARREST/ARRAIGNMENT CHARGES !   DISPOSITION AND    !
!  INFORMATION   !                            !    RELATED DATA      !
----------------------------------------------------------------
                 !                            !CASE # V-76
                 !  - - ARRAIGNMENT - -       !CONVICTED UPON PLEA OF GUILTY
                 !                            !
                 !CRIMINAL CONTEMP- 2ND       !THE FOLLOWING CHARGE(S):
                 !PL   215.50      NO SUB     !CRIMINAL CONTEMP- 2ND
                 !CLASS A MISD     NCIC 5005  !PL   215.50      NO SUB
                 !                            !CLASS A MISD     NCIC 5005
                 !                            !
                 !                            !SENT   30 DAYS
                 !                            !SENTENCED ON   05-07-98
                 !                            !
                 !                            !05-07-98  BARKER VILLAGE CRT
                 !                            !          CASE # V-76
                 !                            !ARRAIGNED
                 !                            !
                 !                            !ATTORNEY TYPE: PUBLIC DEFENDER
----------------------------------------------------------------
ARR DT/PL 08-12-03!  - - ARREST - -          !  - - DISPOSITION - -
LOCKPORT         !AGG HAR-2ND:COMUNICATE/ALARM!12-22-03  LOCKPORT POLICE CT
                 !PL   240.30      SUB 01     !          CASE # 2003-24328
CRM DATE: 07-30-03!CLASS A MISD    NCIC 5309  !CONVICTED UPON PLEA OF GUILTY
CRIME PLACE:     !                            !
LOCKPORT         !  - - ARRAIGNMENT - -       !THE FOLLOWING CHARGE(S):
                 !                            !HARASSMENT-2ND:PHY CONTACT
ARR#/AGY  P0064503!AGG HAR-2ND:COMUNICATE/ALARM!PL   240.26      NO SUB
LOCKPORT PD      !PL   240.30      SUB 01     !          VIOL     NCIC 7099
                 !CLASS A MISD     NCIC 5309  !(REDUCED FROM:
CRT CON# 30943889M!                           !AGG HAR-2ND:COMUNICATE/ALARM
                 !                            !PL   240.30      SUB 01
                 !                            !CLASS A MISD     NCIC 5309)
                 !                            !
                 !                            !CONDITIONAL DISCHARGE
                 !                            !SENTENCED ON   12-22-03
                 !                            !
                 !                            !08-13-03  LOCKPORT POLICE CT
                 !                            !          CASE # 2003-24328
                 !                            !INITIAL REPORT OF DOCKET
                 !                            !NUMBER
                 !                            !
                 !                            !ATTORNEY TYPE: LEGAL AID
----------------------------------------------------------------
ARR DT/PL 08-18-05!  - - ARREST - -          !  - - DISPOSITION - -
SOMERSET         !HARASSMENT 1ST-STALKING     !09-01-05  SOMERSET TOWN COURT
                 !PL   240.25      NO SUB     !          CASE # 05080015
CRM DATE: 08-18-05!CLASS B MISD   NCIC 7099   !INITIAL REPORT OF DOCKET
CRIME PLACE:     !                            !NUMBER
SOMERSET         !                            !
                 !                            !
ARR#/AGY  00053791!                           !12-01-05  SOMERSET TOWN COURT
NIAGARA CO SO    !                            !          CASE # 05080015
                 !                            !
(CONT. NEXT PAGE)
```